UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DESELLE VOLSON** | CASE NO. 1:18-CV-01633 |
| **VERSUS** | JUDGE DRELL |
| **U S DEPT VETERAN AFFAIRS** | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons expressed in the court's Memorandum Ruling also issued this day, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment filed by Defendant U.S. Department of Veteran Affairs (Doc. 17) is hereby GRANTED in full and, for that reason, it is also

ORDERED, ADJUDGED and DECREED that all claims by Plaintiff Deselle Volson in this suit against Defendant are DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana this _17_ day of August, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT